# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

JOSE LUIS AGUILAR HUERTA, an individual

Plaintiff,

v.

FORD MOTOR COMPANY, and DOES 1 through 10, inclusive,

Defendants.

Case No.: 3:25-cv-9418-LB

Magistrate Judge Laurel Beeler

**ORDER TO DISMISS WITH PREJUDICE**

Based on the stipulation of the parties, and good cause appearing, the stipulation is approved. Then entire action, including all claims and counterclaims stated against all parties, is hereby ORDERED dismissed with prejudice, each side to bear its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: February 5, 2026

By: _____

Magistrate Judge Laurel Beeler

1

ORDER OF DISMISSAL
Case No.: 3:25-cv-9418-LB